People of the State of Illinois, Plaintiff in Error, v. James D. Flynn, Defendant in Error.

Gen. No. 9,222. (Abstract of Decision.)

Heard in this court at October term, 1939; opinion filed April 15, 1940; rehearing denied June 13, 1940. John E. Cassidy, Attorney General, for plaintiff in error; A. B. Dennis, Assistant Attorney General, Fred B. Hamill, State's Attorney, and C. H. Swick, Assistant State's Attorney of counsel; Albert Tuxhorn and James L. Capel, for defendant in error. Opinion by Justice Fulton. ''Not to be published in full.''

Laura M. Russell, Appellee, v. New York Life Insurance Company, Appellant.

Gen. No. 9,509. (Abstract of Decision.)

Heard in this court at February term, 1940; opinion filed April 26, 1940; rehearing denied June 5, 1940. Scott, Macleish & Falk and Miller, Elliott & Westervelt, for appellant; John D. Thomason, of counsel; Knoblock & Sloan, for appellee; John F. Sloan, Jr., of counsel. Opinion by Presiding Justice Wolfe. ''Not to be published in full.''